# EXHIBIT 1
# "CREDIT APPLICATION"

**Dealer Name: Conyers Nissan**
Dealer Phone #: 770-922-7600
Dealer Fax #: 770-922-1616

**PLEASE PRINT - INCOMPLETE APPLICATIONS WILL NOT BE PROCESSED.**

INSTRUCTIONS:
You may apply for credit in your name alone, whether or not you are married.
(1) Please indicate whether you are applying for [X] Individual Credit  [ ] Joint Credit  [ ] Community Property State  [ ] Business Application
(2) [X] If you are applying for Individual credit in your name and relying on your own income or assets and not the income or assets of another person as the basis of repayment of the credit requested, complete only Section A.
(3) [ ] If you are applying for joint credit with another person, complete sections A and B. We intend to apply for joint credit.

_____ Applicant  _____ Co-Applicant

* If you are married and live in a community property state, please complete Section A about yourself and Section B about your spouse. You must sign this application. Your spouse must sign this application only if s/he wishes to be a Co-Applicant.

### A. APPLICANT INFORMATION

| Last Name | First Name | Middle Initial | Social Security Number | Birth Date |
|---|---|---|---|---|
| WEBSTER JR | CHARLES | V | | |

| Address | Apt # / Suite # | P.O. Box | Rural Route | City | State | Zip |
|---|---|---|---|---|---|---|
| | | | | DOUGLASVILLE | GA | 30134 |

| Home Phone * | Cell Phone * | Residential Status | Time at Address | Rent/Mtg. Pmt. |
|---|---|---|---|---|
| | | [X] Homeowner [ ] Rent [ ] Family [ ] Other | 16 Yrs. 0 Mos. | $ 0.00 |

| E-Mail Address | Driver's License No. | Driver's License State | Time at Previous Address |
|---|---|---|---|
| | | | Yrs. ___ Mos. |

| Previous Full Address (if less than 2 years) | Apt # / Suite # | P.O. Box | Rural Route | City | State | Zip |
|---|---|---|---|---|---|---|
| | | | | | | |

| Employer Name | Employment Type |
|---|---|
| | [ ] Employed [ ] Unemployed [ ] Self-employed [ ] Military [X] Retired [ ] Student [ ] Other |

| Salary | Salary Type | Occupation | Length of Employment | Work Phone Number * |
|---|---|---|---|---|
| | [ ] Weekly [ ] Bi-Weekly [ ] Monthly [X] Annually | | Yrs. ___ Mos. | |

| Previous Employer Name | Previous Employment Type |
|---|---|
| | [ ] Employed [ ] Unemployed [ ] Self-employed [ ] Military [ ] Retired [ ] Student [ ] Other |

| Previous Occupation | Length of Employment | Previous Work Phone Number |
|---|---|---|
| | Yrs. ___ Mos. | |

Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered as a basis for repaying this obligation.

| Other Income (Monthly) | Source of Other Income | By Signing, you certify that all information stated on this Credit Application is accurate |
|---|---|---|
| | | [X] |

**Comments**
Sent The Wrong Address The First Time

### AGREEMENT

You understand and agree that you are applying for credit, by providing the information to complete and submit this credit application. We may keep this application and any other application submitted to us and information about you whether or not the application is approved. You certify that the information on the application and in any other application submitted to us, is true and complete. You understand that false statements may subject you to criminal penalties. The words "you," "your" and "yours" mean each person submitting this application. The words "we," "us," "our" and "ours" as used below refer to us, the dealer, and to the financial institution(s) selected to receive your application. You authorize us to submit this application and any other application submitted in connection with the proposed transaction to the financial institutions disclosed to you by us the dealers; in addition, in accordance with the Fair Credit Reporting Act, you authorize that such financial institutions may submit your applications to other financial institutions for the purpose of fulfilling your request to apply for credit. This application will be reviewed by such financial institutions on behalf of themselves and us the dealer. You agree that we may obtain a consumer credit report periodically from one or more consumer reporting agencies (credit bureaus) in connection with the proposed transaction and any update, renewal, refinancing, modification or extension of that transaction. You also agree that we or any affiliate of ours may obtain one or more consumer credit reports on you at any time whatsoever. If you ask, you will be told whether a credit report was requested, and if so, the name and address of any credit bureau from which we or our affiliate obtained your credit report. You agree that we may verify your employment, pay, assets and debts, and that anyone receiving a copy of this is authorized to provide us with such information. You further authorize us to gather whatever credit and employment history we consider necessary and appropriate in evaluating this application and any other applications submitted in connection with the proposed transaction. You understand that we will rely on the information in this credit application in making our decision. We may monitor and record telephone calls regarding your account for quality assurance, compliance, training, or similar purposes.

You consent to receive autodialed, prerecorded and artificial voice calls and text messages for servicing and collection purposes from us at the telephone number(s) provided in this credit application, including any cell phone numbers. The consent applies to the dealer, who is the originating creditor in this transaction, as well as any assignee who may purchase your credit contract. You agree that this consent applies regardless of whether you agree to receive telemarketing/sales calls and text messages as provided below.

I consent to receive autodialed, pre-recorded and artificial voice telemarketing and sales calls and text messages from or on behalf of dealer (or any financing source to which dealer assigns my contract) at the telephone number(s) provided in this credit application, including any cell phone numbers. I understand that this consent is not a condition of purchase or credit.

Initial to consent here _____

This application may be submitted to the following financial institutions (Name(s) and Address(es)): _____ Suntrust

**BY SIGNING BELOW, YOU CERTIFY THAT YOU HAVE READ AND AGREE TO THE TERMS AND DISCLOSURES ON THE PAGES OF THIS APPLICATION.**

X _____ APPLICANT'S SIGNATURE    DATE 7-27-17

Page 1 of 3
© 2016 Dealertrack, Inc. All rights reserved.    DT 5/16    Printed on 07/27/2017 at 03:18 PM