# EXHIBIT 4

# "TITLE APPLICATION"

07/27/2017   16:23                                                                 (FAX)                              P.008/010

**MV-1** (Revised 11-2013)

**DOR - Motor Vehicle Title/Tag Application**

| Original Title Fee | $ 18.00 |
| --- | --- |
| Replacement Title Fee | $ 8.00 |
| Title Penalty Fee | $ 10.00 |
| Expedited Title Fee | $ 10.00 |

*Expedited title processing is only available by mail or in person at DOR/Motor Vehicle Division for non Title Ad Valorem Tax vehicles.

| Fair Market Value | 22,325.00 |
| --- | --- |
| *Rebates | - 2,250.00 |
| Trade in Value | - 20,042.61 |
| Taxable Value | = |
| Taxable Value x Rate | = 661.49 (TAVT) |

* This value is applicable only for a new vehicle not listed in the MVD assessment manual.

**Vehicle Section:** Except for the signature, this application must be typed, electronically completed & printed or legibly hand printed in **black or blue ink**.

| Vehicle Identification Number | Year | Make | Body Style | Model | Color | Cylinders | New or Used |
| --- | --- | --- | --- | --- | --- | --- | --- |
| KNMAT2MT4HP571117 | 2017 | NISSAN | MP | ROGUE S SV | WHITE | 4 | NEW |

| Date Purchased | Emission Certificate # | Current Title # | Current Title's State of Issue | GA County of Residence | District # |
| --- | --- | --- | --- | --- | --- |
| 07/26/2017 | | | | PAULDING | |

| Odometer Reading | Odometer reading is actual miles unless you check one of the following boxes: ☐ EXEMPT | Fuel |
| --- | --- | --- |
| 20 | ☐ Exceeds Mechanical Limits of Odometer  ☐ Not the Actual Mileage, Warning odometer discrepancy! | GASOLINE |

**Complete For All Commercial Vehicles**

| Gross Vehicle Weight & Load | Straight Truck? ☐Yes ☐No | Used For Hire? ☐Yes ☐No | Type of Trailer Pulled? | Product Hauled? | Is This A Farm Vehicle? ☐ Yes ☐No |
| --- | --- | --- | --- | --- | --- |

Number of Owners ___1___     **Owner Section**     Leased Vehicle? ☒ No ☐ Yes (Complete Lessee Section)

| Owner # 1 | | Full Legal Name of Owner #1 | | | | Date of Birth |
| --- | --- | --- | --- | --- | --- | --- |
| Driver's License # (if individual) | State/Country of Issue* | First | Middle | Last | Suffix | |
| ▓▓▓204 | GA | CHARLES, VINCENT, WEBSTER JR | | | | ▓▓▓▓ |

| If you purchased this vehicle from an out-of-state dealer/business, did you pick-up the vehicle out-of-state? ☐ Yes ☐ No | Full Legal Name of Business/Leasing Company's Name | Purchaser's GA Sales Tax # (when applicable) |
| --- | --- | --- |

| Owner # 2 | | Full Legal Name of Owner #2 | | | | Date of Birth |
| --- | --- | --- | --- | --- | --- | --- |
| Driver's License # (If an individual) | State/Country of Issue* | First | Middle | Last | Suffix | |
| | | Full Legal Name of Business/Leasing Company's Name | | | | |

| Address (Street address including city, state & zip) | Mailing Address (If different from street address including city, state & zip) |
| --- | --- |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |

| **Seller Section** | **Lessee Section** |
| --- | --- |
| GA Dealer's/Bank's 12 Digit Customer ID# (If Applicable) | Driver's License #, if individual* |
| 001000040302 | |
| Full Legal Name or Business Name & Address: | Lessee's Full Legal Name & Address or Business Lessee's Full Name & Address: |
| **CONYERS NISSAN** | |
| 1420 IRIS DRIVE , CONYERS, GA 30094 | |
| If Georgia Seller, GA County Name ROCKDALE | * Directly Financed Dealer Sale ☐ | Lessee's GA County Location |

**Security Interests or Liens Section**

Number of Security Interests or Liens: ___1___